**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | STAT Emergency Medical Services, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 61-1448230 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 520 W. Third Street<br>Flint, MI 48503<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Genesee<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor   STAT Emergency Medical Services, Inc.                     Case number (*if known*)
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 5, 2023
               MM / DD / YYYY

**X** /s/ Stephen M. Lund           Stephen M. Lund
Signature of authorized representative of debtor     Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Kim K. Hillary        Date   July 5, 2023
Signature of attorney for debtor        MM / DD / YYYY

Kim K. Hillary P67534
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone (248) 540-3340    Email address   khillary@schaferandweiner.com

P67534 MI
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan

In re: STAT Emergency Medical Services, Inc.  
Debtor(s)

Case No.  
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Marc G. Lund<br>1314 Lake Valley Dr.<br>Fenton, MI 48430 | | | 65% |
| Stephen M. Lund<br>9376 Grand Summit Dr.<br>Fenton, MI 48430 | | | 35% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 5, 2023

Signature: /s/ Stephen M. Lund  
Stephen M. Lund

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

1st Bank of Richmond
First Federal Leasing
31 N. 9th St.
Richmond, IN 47374


Alan Lund
3065 Misty Creek
Swartz Creek, MI 48473


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Amur Equipment Finance
304 W. 3rd Street
Grand Island, NE 68801


Blue Vine Capital
401 Warren Street
Randlett, UT 84063


BoundTree
5000 Tuttle Crossing Blvd.
Dublin, OH 43016


Brown and Sons, Co., Inc.
1720 Davison Rd.
Flint, MI 48506


Bryn Mawr New Lane Finance
801 Lancaster Ave.
Bryn Mawr, PA 19010


Capital Tire
12100 Heath St.
Birch Run, MI 48415


Chase Card Services
201 N. Walnut St.
Suite DE1-0153
Wilmington, DE 19801


CINTAS
4162 Dye Rd.
Swartz Creek, MI 48473

City of Flint Treasury
1101 S. Saginaw St.
Flint, MI 48502


Client Financial Services
209 S. Alloy Dr.
Fenton, MI 48430


Crestmark (Pathward)
5480 Corporate Dr.
Suite 350
Troy, MI 48098


Dietrich Bank/BHG/Pinnacle
Bankers Healthcare Group
10234 W. State Road 84
Davie, FL 33324


Equature
18311 W. 10 Mile Rd., Suite 200
Southfield, MI 48075


FORA
Fora Small Business Financing
1385 Broadway, 15th Floor
New York, NY 10018


Genesee County
Genesee County Treasurer
1101 Beach St.
Flint, MI 48502


Huntington National Bank
2025 Woodward Ave.
Detroit, MI 48226


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J & B Medical Supply
50496 W. Pontiac Trail
Wixom, MI 48393

Jones and Bartlett Learning
25 Mall Rd.
Burlington, MA 01803

Joseph Karlichek
221 Oakwood Dr.
Flushing, MI 48433

LESSORS, INC.
1300 N. Genesee Rd.
Burton, MI 48509

Marc G. Lund
1314 Lake Valley Dr.
Fenton, MI 48430

Michigan Department of Treasury
State Office Building
125 E. Union Street
Flint, MI 48502

New Rez
c/o Shellpoint Mortgage Servicing
75 Beattie Pl. #300
Greenville, SC 29601

Pro Comm Inc.
2099 Independence Dr.
Mount Pleasant, MI 48858

Quench USA Inc.
28287 Beck Rd., Unit D5
Wixom, MI 48393

Randen Investments
P.O. Box 410
Bridgeport, MI 48755

Randen Investments, Inc.
P.O. Box 410
Bridgeport, MI 48722

Simmons Equipment Finance
Simmons Bank
501 Main St.
Pine Bluff, AR 71601


Specialized Loan Servicing
6200 S. Quebec St.
Greenwood Village, CO 80111


Stephen Lund
9376 Grand Summit Dr.
Fenton, MI 48430


Stephen M. Lund
9376 Grand Summit Dr.
Fenton, MI 48430


The Huntington National Bank
Traverse City Commercial Lending
Campus Plaza - MI366
1227 East Front Street
Traverse City, MI 49685


Waystar Inc.
1311 Solutions Center
Chicago, IL 60677-1311


Wells Fargo
4905 Tilghman St., Suite 110
Allentown, PA 18104


Yeo and Yeo, P.C.
4468 Oak Bridge Dr.
Flint, MI 48532